# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sandra R. Gottstein, | |
| Plaintiff, | Civil Action No. 3:18-1364 |
| v. | (Judge Mannion) |
| Nancy A. Berryhill<br>Acting Commissioner of<br>Social Security, | |
| Defendant. | |

# ORDER

For the reasons discussed in the simultaneously filed memorandum, **it is hereby ordered that:**

1. Plaintiff's appeal of the Acting Commissioner's denial of benefits (Doc. 1) is **GRANTED;**

2. Pursuant to the fourth sentence of 42 U.S.C. § 405 (g), the Agency's decision is reversed and the Acting Commissioner is directed to award disability insurance benefits to Plaintiff in conformity with her application; and

3. The Clerk of Court is directed to close this case.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

Dated: April 23, 2019